IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02814-RBJ

DENVER MATTRESS CO., LLC,

    Plaintiff,

v.

MATTRESS & FURNITURE OUTLET, LLC,

    Defendant.

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order [12] entered by Judge R. Brooke Jackson on November 28, 2012, which order is incorporated by reference, it is

ORDERED that MFO, its principals, agents, employees, officers, directors, servants, successors, and assigns, and all persons acting in concert or participating with it or under its control, are hereby permanently enjoined and restrained, directly or indirectly, from doing, authorizing, or procuring any persons to do any of the following:

a.    engaging in the conduct described in the foregoing paragraph I.E;

b.    otherwise infringing the Denver Mattress Marks, or any imitations thereof, by way of offering for sale, selling and marketing products and services using the Denver Mattress Marks;

c.    from operating or assisting in the use of, or facilitating in any manner the use of the domain name www.denvermattressandfurniture.com for any purpose, including in any connection with the sending or receiving of email, redirection

      services, or the hosting of a website; and

d.     unfairly competing with Denver Mattress by otherwise engaging in conduct that is likely to cause consumer confusion or misapprehension about any relationship, affiliation, sponsorship, or other connection between MFO and Denver Mattress, including but not limited to, the conduct stated above in paragraphs (a) – (c ).  It is

      FURTHER ORDERED that MFO is directed to destroy, within five (5) days of the Court's November 28, 2012 order, any and all infringing materials, including but not limited to marketing, advertising, educational, and/or promotional material used by MFO that displays the phrase "Denver Mattress." It is

      FURTHER ORDERED that each party is to bear its own costs and fees incurred to date. It is

      FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of making any further orders necessary or proper for the construction, modification, or enforcement of the Final Judgment and Permanent Injunction, and for the punishment for any violations.

      DATED at Denver, Colorado November 29, 2012.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By s/ Edward P. Butler
                                 Edward P. Butler
                                 Deputy Clerk